**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAROLINE M. MILLER                                    Case No. 08-13114

     Plaintiff,                                    Honorable Patrick J. Duggan

vs.

R.D. CHERRY, INC., a Michigan corporation,
and CHERRY OPTICAL, an assumed name for
R.D. CHERRY, INC., Jointly and Severally,

     Defendants.

| | |
|---|---|
| THE NISKAR LAW FIRM, PLLC<br>Joey S. Niskar (P55480)<br>Attorneys for Plaintiff<br>30600 Telegraph Road, Suite 4290<br>Bingham Farms, MI  48025<br>(248) 220-1966 | JOHNSON, ROSATI, LABARGE,<br>ASELTYNE & FIELD, P.C.<br>J. Russell Labarge, Jr. (P16321)<br>Sharon A. DeWaele (P43712)<br>Attorneys for Defendants<br>24825 Little Mack, Suite 200<br>St. Clair Shores, MI  48080<br>(586) 777-3377 |

**STIPULATION AND ORDER SETTLING**
**AND DISMISSING THE CASE**

     The above parties hereby stipulate, through their respective undersigned counsel, the above entitled matter has been settled and agree to dismiss the action with prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| */s/ Joey S. Niskar (With Permission)* | */s/ Sharon A. DeWaele (P43712)* |
| Joey S. Niskar (P55480)<br>Attorneys for Plaintiff<br>30600 Telegraph Road, Suite 4290<br>Bingham Farms, MI  48025<br>(248) 220-1966<br>joeynlaw@aol.com | Sharon A. DeWaele (P43712)<br>Attorney for Defendant<br>24825 Little Mack, Suite 200<br>St. Clair Shores, MI 48080<br>(586) 777-3377<br>sdewaele@jrlaf.com |

## ORDER

**IT IS HEREBY ORDERED** the above entitled matter is dismissed with prejudice and

without costs or attorney fees to either party.


                         S/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated:  September 25, 2009September 25, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of
record on September 25, 2009September 25, 2009, by electronic and/or ordinary mail.

                         S/Marilyn Orem
                         Case Manager



2